Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 3

| | |
|---|---|
| **HYUNDAI STEEL COMPANY,**<br><br>                    **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES,**<br><br>                    **Defendant.** | **SUMMONS**<br><br>**Court No. 22-00138** |

TO:    The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

_____
Mario Toscano
Clerk of the Court

1. (Name and standing of plaintiff):  Plaintiff, Hyundai Steel Company, is a foreign producer and exporter of subject merchandise, certain oil country tubular goods.  Therefore, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A).  Plaintiff was a party in the United States Department of Commerce's ("Commerce") sixth administrative review of the antidumping duty order on *Certain Oil Country Tubular Goods from the Republic of Korea* (Case No. A-580-870) for the period of review September 1, 2019, through August 31, 2020.  Plaintiff has standing to bring this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 28 U.S.C. § 2631(c).

2. (Brief description of contested determination):  Plaintiff contests certain aspects of Commerce's final results in *Certain Oil Country Tubular Goods from the Republic of Korea: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019–2020*.  Commerce issued final results calculating individual antidumping duty margins for two mandatory respondents, including Plaintiff, and a separate antidumping duty rate applicable to 30 other non-examined companies.

3. (Date of contested determination):  Commerce issued its final results on April 1, 2022.

4. <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>: Commerce published its final results of administrative review in the *Federal Register* on April 8, 2022 (87 Fed. Reg. 20,815).

                    Respectfully submitted by:

                    Robert G. Gosselink
                    Jarrod M. Goldfeder

                    TRADE PACIFIC PLLC
                    700 Pennsylvania Avenue, SE
                    Suite 500
                    Washington, DC  20003
                    Tel:  (202) 223-3760
                    Email:  jgoldfeder@tradepacificlaw.com

                    *Counsel to Plaintiff*

<u>/s/ Jarrod M. Goldfeder</u>
Signature of Plaintiff's Attorney


<u>May 6, 2022</u>
Date


**SEE REVERSE SIDE**

**Form 3-2**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

<u>On behalf of the United States</u>
Attorney-in-Charge
UNITED STATES DEPARTMENT OF JUSTICE
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY  10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

<u>On behalf of the U.S. Department of Commerce</u>
Office of the Chief Counsel
for Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC  20230

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)