**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

HYUNDAI STEEL COMPANY,

Plaintiff, and

AJU BESTEEL CO., LTD., NEXTEEL CO., LTD., and HUSTEEL CO., LTD.,

Consolidated Plaintiffs,

and

NEXTEEL CO., LTD., HUSTEEL CO., LTD., and SEAH STEEL CORPORATION,

Plaintiff-Intervenors,

V.

UNITED STATES,

Defendant,

and

UNITED STATES STEEL CORPORATION, VALLOUREC STAR, L.P., and WELDED TUBE USA INC.,

Defendant-Intervenors.

Consol. Court No. 22-00138

**CONSOLIDATED PLAINTIFF/PLAINTIFF-INTERVENOR HUSTEEL CO., LTD.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Mary S. Hodgins
Eugene Degnan

**MORRIS, MANNING & MARTIN LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
(202) 408-5153

*Counsel to Consolidated Plaintiff/Plaintiff-Intervenor Husteel Co., Ltd.*

January 12, 2023

# TABLE OF CONTENTS

I. ARGUMENT ........................................................ 1
II. CONCLUSION ........................................................ 2

## TABLE OF AUTHORITIES

### Other Authorities

*Certain Oil Country Tubular Goods from the Republic of Korea: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020*, 87 Fed. Reg. 20,815 (Dep't Commerce Apr. 8, 2022) .................... 2

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

HYUNDAI STEEL COMPANY,

Plaintiff, and

AJU BESTEEL CO., LTD., NEXTEEL CO., LTD., and HUSTEEL CO., LTD.,

Consolidated Plaintiffs,

and

NEXTEEL CO., LTD., HUSTEEL CO., LTD., and SEAH STEEL CORPORATION,

Plaintiff-Intervenors,

V.

UNITED STATES,

Defendant,

and

UNITED STATES STEEL CORPORATION, VALLOUREC STAR, L.P., and WELDED TUBE USA INC.,

Defendant-Intervenors.

Consol. Court No. 22-00138

**CONSOLIDATED PLAINTIFF/PLAINTIFF-INTERVENOR HUSTEEL CO., LTD.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE AGENCY RECORD**

## I. ARGUMENT

Consolidated Plaintiff/Plaintiff-Intervenor Husteel Co., Ltd. ("Husteel") concurs with the arguments set forth by the mandatory respondent plaintiff Hyundai Steel Company in this action and refers to and incorporates by reference the arguments set forth by Hyundai Steel Company.

*See* Reply Br. of Hyundai Steel Company. For the reasons stated in Hyundai Steel Company's Reply Brief, this Court should find that Commerce's *Final Results* are unsupported by substantial record evidence and contrary to law. *See Certain Oil Country Tubular Goods from the Republic of Korea: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2019-2020*, 87 Fed. Reg. 20,815 (Dep't Commerce Apr. 8, 2022) ("*Final Results*"). Any revisions to the mandatory respondent Hyundai Steel Company's rate as a result of these consolidated appeals should likewise be reflected in a revised review-specific rate calculated and applied to Husteel.

## II. CONCLUSION

For the foregoing reasons, we respectfully request that the Court hold Commerce's *Final Results* to be unsupported by substantial evidence and otherwise not in accordance with law and remand this matter to Commerce for disposition in a manner consistent with the judgment of this Court.

Respectfully submitted,

/s/ Brady W. Mills
Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Mary S. Hodgins
Eugene Degnan

**MORRIS, MANNING & MARTIN LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
(202) 216-4116

*Counsel to Consolidated Plaintiff/Plaintiff-Intervenor Husteel Co. Ltd.*

January 12, 2023

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing brief complies with the Standard Chambers Procedures of the U.S. Court of International Trade in that it contains 189 words including text, footnotes, and headings and excluding the table of contents, table of authorities and counsel's signature block, according to the word count function of Microsoft Word 2016 used to prepare this brief.

/s/ Brady Mills
Brady Mills