# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE THE HONORABLE JENNIFER CHOE-GROVES

|  |  |
|---|---|
| **HYUNDAI STEEL COMPANY,** | ) |
| *Plaintiff,* | ) |
| and | ) |
| **AJU BESTEEL CO., LTD., NEXTEEL CO., LTD., and HUSTEEL CO., LTD.,** | ) |
| *Consolidated Plaintiffs*, | ) Consol. Ct. No.:  22-00138 |
| and | ) |
| **HUSTEEL CO., LTD, NEXTEEL CO., LTD, and SEAH STEEL CORPORATION** | ) |
| *Plaintiff-Intervenors*, | ) |
| v. | ) |
| **UNITED STATES,** | ) |
| *Defendant*, | ) |
| and | ) |
| **UNITED STATES STEEL CORPORATION. WELDED TUBE USA, INC, AND VALLOUREC STAR L.P.,** | ) |
| *Defendant-Intervenors*. | ) |

## COMMENTS OF CONSOLIDATED PLAINTIFF AND PLAINTIFF-INTERVENOR NEXTEEL CO., LTD. IN PARTIAL OPPOSITION OF REMAND RESULTS

**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 942-5000
Fax: (202) 942-5999

Dated:  September 12, 2023

J. David Park
Henry D. Almond
Kang Woo Lee

*Counsel to NEXTEEL Co., Ltd.*
*Consolidated Plaintiff and*
*Plaintiff-Intervenor*

Consolidated Plaintiff and Plaintiff-Intervenor NEXTEEL Co., Ltd. ("NEXTEEL") respectfully submits these comments in opposition to certain determinations in the U.S. Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, ECF No. 78, August 15, 2023 ("Remand Results").  *See Hyundai Steel Co. et al. v. United States*, Court No. 22-00138, Slip Op. 23-87 (June 9, 2023) ("*Remand Order*").  In particular, the Court remanded Commerce's constructed value ("CV"), CV profit gap, and constructed export price ("CEP") profit calculations, "allow{ing} Commerce the opportunity to reconsider the issues and reexamine the administrative record." *Remand Order* at 16.

In its Remand Results, Commerce recalculated mandatory respondent Hyundai Steel Company's ("Hyundai Steel") CEP profit using Hyundai Steel's own financial statements rather than SeAH Kuwait's proprietary sales data.  *See Remand Results* at 10.  With respect to the calculation of the CV profit rate applicable to Hyundai Steel, as well as the statutory CV profit cap, Commerce continued to use proprietary third-country sales information pertaining to SeAH Steel Corporation ("SeAH").  *See Remand Results* at 14-19; 22-40.  Finally, Commerce updated the review-specific average rate applicable to NEXTEEL based on the revisions to Hyundai Steel's calculated margin.  *See Remand Results* at 40.

With respect to these issues, NEXTEEL disagrees with Commerce's continued use of SeAH's proprietary third-country sales information to calculate Hyundai Steel's CV profit rate and CV profit cap.  NEXTEEL submits that Commerce use of these data as the basis of both the CV profit calculations, and simultaneously as the CV profit cap, is not consistent with the statute or the Court's *Remand Order*.  *See Remand Order* at 14-17.  On this issue, NEXTEEL concurs with and incorporates by reference the comments that Hyundai Steel submits to the Court on this issue.

For the foregoing reasons, NEXTEEL respectfully requests that this Court hold Commerce's determination not to recalculate Hyundai Steel's CV profit rate and CV profit cap to be unsupported by substantial evidence and otherwise not in accordance with law. NEXTEEL further requests that this Court remand the agency's determination with instructions to Commerce to revise its treatment of Hyundai Steel's CV profit rate and CV profit cap consistent with the comments submitted on this issue.

        Respectfully submitted,

        /s/ J. David Park
        J. David Park
        Henry D. Almond
        Kang Woo Lee

        ARNOLD & PORTER KAYE SCHOLER LLP
        601 MASSACHUSETTS AVENUE, N.W.
        WASHINGTON, D.C. 20001
        PHONE:  (202) 942-5000
        FAX:  (202) 942-5999

        *Counsel to NEXTEEL Co., Ltd.*
        *Consolidated Plaintiff and Plaintiff-Intervenor*

**Date:  September 12, 2023**

**UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JENNIFER CHOE-GROVES**

|  |  |
|---|---|
| **HYUNDAI STEEL COMPANY,** | ) |
| *Plaintiff,* | ) |
| and | ) |
| **AJU BESTEEL CO., LTD., NEXTEEL CO., LTD., and HUSTEEL CO., LTD.,** | ) |
| *Consolidated Plaintiffs*, | ) **Consol. Ct. No.:  22-00138** |
| and | ) |
| **HUSTEEL CO., LTD, NEXTEEL CO., LTD, and SEAH STEEL CORPORATION** | ) |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| **UNITED STATES,** | ) |
| *Defendant*, | ) |
| and | ) |
| **UNITED STATES STEEL CORPORATION. WELDED TUBE USA, INC, AND VALLOUREC STAR L.P.,** | ) |
| *Defendant-Intervenors*. | ) |

**CERTIFICATE OF COMPLIANCE WITH CHAMBERS PROCEDURE 2(B)(1)**

The undersigned hereby certifies that the attached Comments of Consolidated Plaintiff and Plaintiff-Intervenor NEXTEEL Co., Ltd. filed on September 12, 2023 contain 359 words, exclusive of counsel's signature block, according to the word count function of the word-

2

processing system used to prepare this memorandum, and therefore complies with the word count limitation set forth in the Court's Chambers Procedures.

| | |
|---|---|
| By: | /s/ J. David Park |
| | J. David Park |

**Date: September 12, 2023**