UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HYUNDAI STEEL COMPANY,<br><br>　　　Plaintiff,<br><br>AJU BESTEEL CO., LTD.,<br>NEXTEEL CO., LTD., and<br>HUSTEEL CO., LTD.,<br><br>　　　Consolidated Plaintiffs,<br><br>and<br><br>HUSTEEL CO., LTD.,<br>NEXTEEL CO., LTD., and<br>SEAH STEEL CORPORATION,<br><br>　　　Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>　　　Defendant,<br><br>and<br><br>VALLOUREC STAR, L.P.,<br>WELDED TUBE USA INC., and<br>UNITED STATES STEEL<br>CORPORATION,<br><br>　　　Defendant-Intervenors. | Before:  Hon. Jennifer Choe-Groves, Judge<br><br>Consol. Court No. 22-00138 |

**COMMENTS OF CONSOLIDATED PLAINTIFF,
AJU BESTEEL CO., LTD.,
IN PARTIAL OPPOSITION TO COMMERCE'S REMAND REDETERMINATION**

                         **Submitted by:**

                               **Jarrod M. Goldfeder**
                               **TRADE PACIFIC PLLC**
                               **700 Pennsylvania Avenue, SE**
                               **Suite 500**
                               **Washington, D.C.  20003**
                               **Tel.:  (202) 223-3760**

**Dated:  September 12, 2023**          *Counsel to AJU Besteel Co., Ltd.*
                                               *Consolidated Plaintiff*

**COMMENTS OF CONSOLIDATED PLAINTIFF,**
**AJU BESTEEL CO., LTD.,**
**IN PARTIAL OPPOSITION TO COMMERCE'S REMAND REDETERMINATION**

Consolidated Plaintiff, AJU Besteel Co., Ltd. ("AJU Besteel"), hereby submits these comments in partial opposition to the August 15, 2023, remand redetermination of the U.S. Department of Commerce ("Commerce") submitted in this action. See "Final Results of Redetermination Pursuant to Court Remand" (Aug. 15, 2023), ECF No. 78 ("Final Remand Results"), filed in response to the June 9, 2023, opinion and remand order of this Court. See Hyundai Steel Co., et al., v. United States, 639 F.Supp.3d 1325 (Ct. Int'l Trade 2023). These partial opposition comments are timely submitted in accordance with the deadline set forth in the Court's remand order. Id. at 1339.

As a non-individually investigated respondent in the underlying administrative proceeding that is the subject of this litigation, the rate assigned to AJU Besteel is determined, in part, by the final weighted-average dumping margin calculated for Hyundai Steel Company ("Hyundai Steel"), which is the Plaintiff in this action. This means that any calculation changes made to Hyundai Steel's antidumping duty calculations directly impacts the review-specific average rate assigned to AJU Besteel.

In order to avoid the duplication of arguments, AJU Besteel concurs with and incorporates by reference the separate comments submitted today by the Plaintiff, Hyundai Steel, concerning the issues particular to that company arising from the Final Remand Results. See ECF No. 81 (Sept. 12, 2023). Specifically, AJU Besteel agrees that Commerce's Final Remand Results with respect to the use of SeAH Steel Corporation's third-country sales information to Kuwait as the basis for calculating constructed value ("CV") profit and selling expenses for Hyundai Steel, as well as Commerce's failure to apply properly the statutorily mandated CV

1

**Consolidated Plaintiff's Partial Opposition Comments**
**Consol. Court No. 22-00138**

profit cap, remains unsupported by substantial record evidence and otherwise not in accordance with law, and should be remanded for reconsideration.

To the extent that any further revisions are made to Hyundai Steel's antidumping duty rate based on its comments submitted today on Commerce's determination on the CV profit and selling expense issues, such revisions likewise should be incorporated into a revised review-specific average rate calculated for and assigned to non-individually examined respondents involved in this litigation, including AJU Besteel.

                                                  Respectfully submitted,

                                                  /s/ Jarrod M. Goldfeder
                                                  Jarrod M. Goldfeder
                                                  TRADE PACIFIC PLLC
                                                  700 Pennsylvania Avenue, SE, Suite 500
                                                  Washington, D.C.  20003
                                                  Tel.:  (202) 223-3760

Dated:  September 12, 2023              *Counsel to AJU Besteel Co., Ltd.*
                                                  *Consolidated Plaintiff*

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HYUNDAI STEEL COMPANY,<br><br>    Plaintiff,<br><br>AJU BESTEEL CO., LTD.,<br>NEXTEEL CO., LTD., and<br>HUSTEEL CO., LTD.,<br><br>    Consolidated Plaintiffs,<br><br>and<br><br>HUSTEEL CO., LTD.,<br>NEXTEEL CO., LTD., and<br>SEAH STEEL CORPORATION,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>VALLOUREC STAR, L.P.,<br>WELDED TUBE USA INC., and<br>UNITED STATES STEEL<br>CORPORATION,<br><br>    Defendant-Intervenors. | Before:  Hon. Jennifer Choe-Groves, Judge<br><br>Consol. Court No. 22-00138 |

**CERTIFICATE OF COMPLIANCE WITH CHAMBERS PROCEDURE 2(B)(1)**

The undersigned counsel at Trade Pacific PLLC hereby certifies that the accompanying Comments of Consolidated Plaintiff, AJU Besteel Co., Ltd., in Partial Opposition to Commerce's Remand Redetermination, dated September 12, 2023, complies with the maximum 10,000 word-count limitation described in part 2(B)(1) of the Court's Chambers Procedures.

**Consol. Court No. 22-00138**
**Certification of Compliance**

These Comments contain <u>367</u> words according to the word-count function of the word-processing software used to prepare the memorandum, excluding the table of contents, table of authorities, and counsel's signature block.

                                                    Respectfully submitted,

                                                    <u>/s/ Jarrod M. Goldfeder</u>
                                                    Jarrod M. Goldfeder
                                                    T<small>RADE</small> P<small>ACIFIC</small> PLLC
                                                    700 Pennsylvania Avenue, SE, Suite 500
                                                    Washington, D.C.  20003
                                                    Tel.:  (202) 223-3760

Dated:  September 12, 2023             *Counsel to AJU Besteel Co., Ltd.*
                                                    *Consolidated Plaintiff*