UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JENNIFER CHOE-GROVES

_____

|  |  |
|---|---|
| **HYUNDAI STEEL COMPANY,** | ) |
| *Plaintiff,* | ) |
| and | ) |
| **AJU BESTEEL CO., LTD., NEXTEEL CO., LTD., and HUSTEEL CO., LTD.,** | ) |
| *Consolidated Plaintiffs*, | ) Consol. Ct. No.:  22-00138 |
| and | ) |
| **HUSTEEL CO., LTD, NEXTEEL CO., LTD, and SEAH STEEL CORPORATION** | ) |
| *Plaintiff-Intervenors*, | ) |
| v. | ) |
| **UNITED STATES,** | ) |
| *Defendant*, | ) |
| and | ) |
| **UNITED STATES STEEL CORPORATION. WELDED TUBE USA, INC, AND VALLOUREC STAR L.P.,** | ) |
| *Defendant-Intervenors*. | ) |

**COMMENTS OF CONSOLIDATED PLAINTIFF AND PLAINTIFF-INTERVENOR NEXTEEL CO., LTD. IN PARTIAL SUPPORT OF REMAND RESULTS**

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 942-5000
Fax: (202) 942-5999

Dated:  September 26, 2023

J. David Park
Henry D. Almond
Kang Woo Lee

*Counsel to NEXTEEL Co., Ltd.*
*Consolidated Plaintiff and*
*Plaintiff-Intervenor*

Consolidated Plaintiff and Plaintiff-Intervenor NEXTEEL Co., Ltd. ("NEXTEEL") respectfully submits these comments in support of certain determinations in the U.S. Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, ECF No. 78, August 15, 2023 ("*Remand Results*"). *See Hyundai Steel Co. et al. v. United States*, Court No. 22-00138, Slip Op. 23-87 (June 9, 2023) ("*Remand Order*"). In particular, the Court remanded Commerce's decisions with respect to constructed value ("CV") profit, the CV profit cap, and constructed export price ("CEP") profit calculations, "allow{ing} Commerce the opportunity to reconsider the issues and reexamine the administrative record." *Remand Order* at 16. NEXTEEL previously submitted comments in opposition to Commerce's calculation of the CV profit rate applicable to Hyundai Steel Company ("Hyundai Steel"), as well as the applicable statutory CV profit cap using SeAH Steel Corporation's ("SeAH") proprietary third-country sales data. *See* Comments of Consolidated Plaintiff and Plaintiff-Intervenor NEXTEEL Co., Ltd in Partial Opposition of Remand Results, ECF No. 80, September 12, 2023.

In its Remand Results, Commerce also recalculated mandatory respondent Hyundai Steel's CEP profit using Hyundai Steel's own financial statements rather than SeAH Kuwait's proprietary sales data. *See Remand Results* at 10. Finally, Commerce updated the review-specific average rate applicable to NEXTEEL based on the revisions to Hyundai Steel's calculated margin. *See Remand Results* at 40.

With respect to the calculation of Hyundai Steel's CEP profit and Commerce's decision to update both Hyundai Steel's antidumping duty margin and the review specific average rate applicable to NEXTEEL, NEXTEEL agrees that Commerce's revised CEP profit methodology and determination to update the review-specific average rate applied to NEXTEEL based on Hyundai Steel's revised margin are consistent with the Court's *Remand Order* in this case.

NEXTEEL further notes that no party commented in opposition to Commerce's decisions on *Remand Results* with respect to these two issues. On these issues, NEXTEEL also concurs with and incorporates by reference the comments that Hyundai Steel submits to the Court.

For the foregoing reasons, NEXTEEL respectfully requests that this Court sustain Commerce's updated CEP profit methodology and Commerce's determination to update NEXTEEL's review-specific rate in accordance with Hyundai Steel's revised margin.

                                              Respectfully submitted,

                                              /s/ J. David Park
                                              J. David Park
                                              Henry D. Almond
                                              Kang Woo Lee

                                              ARNOLD & PORTER KAYE SCHOLER LLP
                                              601 MASSACHUSETTS AVENUE, N.W.
                                              WASHINGTON, D.C. 20001
                                              PHONE: (202) 942-5000
                                              FAX: (202) 942-5999

                                              *Counsel to NEXTEEL Co., Ltd.*
                                              *Consolidated Plaintiff and Plaintiff-Intervenor*

**Date: September 26, 2023**

2

# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE THE HONORABLE JENNIFER CHOE-GROVES

_____

|  |  |
|---|---|
| **HYUNDAI STEEL COMPANY,** | ) |
| *Plaintiff,* | ) |
| and | ) |
| **AJU BESTEEL CO., LTD., NEXTEEL CO., LTD., and HUSTEEL CO., LTD.,** | ) |
| *Consolidated Plaintiffs*, | ) Consol. Ct. No.: 22-00138 |
| and | ) |
| **HUSTEEL CO., LTD, NEXTEEL CO., LTD, and SEAH STEEL CORPORATION** | ) |
| *Plaintiff-Intervenors,* | ) |
| v. | ) |
| **UNITED STATES,** | ) |
| *Defendant*, | ) |
| and | ) |
| **UNITED STATES STEEL CORPORATION. WELDED TUBE USA, INC, AND VALLOUREC STAR L.P.,** | ) |
| *Defendant-Intervenors*. | ) |

## CERTIFICATE OF COMPLIANCE WITH CHAMBERS PROCEDURE 2(B)(1)

The undersigned hereby certifies that the attached Comments of Consolidated Plaintiff and Plaintiff-Intervenor NEXTEEL Co., Ltd. filed on September 26, 2023 contain 355 words, exclusive of counsel's signature block, according to the word count function of the word-

1

processing system used to prepare this memorandum, and therefore complies with the word count limitation set forth in the Court's Chambers Procedures.

| | |
|---|---|
| By: | /s/ J. David Park |
| | J. David Park |

**Date: September 26, 2023**