UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **HYUNDAI STEEL COMPANY,** <br><br> Plaintiff, <br><br> **AJU BESTEEL CO., LTD., NEXTEEL CO., LTD., and HUSTEEL CO., LTD.,** <br><br> Consolidated Plaintiffs, <br><br> and <br><br> **HUSTEEL CO., LTD., NEXTEEL CO., LTD., and SEAH STEEL CORPORATION,** <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> **UNITED STATES,** <br><br> Defendant, <br><br> and <br><br> **VALLOUREC STAR, L.P., WELDED TUBE USA INC., and UNITED STATES STEEL CORPORATION,** <br><br> Defendant-Intervenors. | Before: Hon. Jennifer Choe-Groves, Judge <br><br> Consol. Court No. 22-00138 |

**COMMENTS OF PLAINTIFF, HYUNDAI STEEL COMPANY,
IN PARTIAL SUPPORT OF COMMERCE'S REMAND REDETERMINATION**

Submitted by:

                        Robert G. Gosselink
                        Jarrod M. Goldfeder
                        TRADE PACIFIC PLLC
                        700 Pennsylvania Avenue, SE
                        Suite 500
                        Washington, D.C. 20003
                        Tel.: (202) 223-3760

Dated: September 26, 2023        *Counsel to Hyundai Steel Company*
                                                    *Plaintiff*

# TABLE OF AUTHORITIES

*__Court Precedent__*

Hyundai Steel Co., et al., v. United States, 639 F.Supp.3d 1325 (Ct. Int'l Trade 2023).................1

*__Administrative Determinations__*

Certain Oil Country Tubular Goods from the Republic of Korea, 87 Fed. Reg. 20,815 (Dep't Commerce Apr. 8, 2022) (final results 2019-2020 admin. rev.), and accompanying unpublished Issues and Decision Memorandum (Dep't Commerce Apr. 1, 2022).........................1

**COMMENTS OF PLAINTIFF, HYUNDAI STEEL COMPANY,
IN PARTIAL SUPPORT OF COMMERCE'S REMAND REDETERMINATION**

Plaintiff, Hyundai Steel Company ("Hyundai Steel"), a producer and exporter of oil country tubular goods ("OCTG") from the Republic of Korea, hereby submits these comments in partial support of the August 15, 2023, remand redetermination of the U.S. Department of Commerce submitted in this action. See "Final Results of Redetermination Pursuant to Court Remand" (Aug. 15, 2023), ECF No. 78 ("Final Remand Results"), filed in response to the June 9, 2023, opinion and remand order of this Court in Hyundai Steel Co., et al., v. United States, 639 F.Supp.3d 1325 (Ct. Int'l Trade 2023) ("Hyundai Steel").[1]  These partial support comments are timely submitted in accordance with the deadline set forth in the Court's remand order. See Hyundai Steel, 639 F.Supp.3d at 1339.

In the Final Remand Results, Commerce reconsidered and changed the methodology by which it calculated constructed export price ("CEP") profit for Hyundai Steel. Specifically, Commerce based the calculation of CEP profit on Hyundai Steel's financial statements rather than on the third-country (Kuwait) sales data of the other mandatory respondent, SeAH Steel Corporation, which Commerce relied upon in the original final results of administrative review at issue here. See Final Remand Results at 2, 7-10; see also IDM, at cmt. 5. Commerce's redetermination with respect to CEP profit is reasonable, supported by substantial record

---

[1] This action is an appeal from Commerce's final results of the 2019-2020 administrative review of the antidumping duty order on Certain Oil Country Tubular Goods from the Republic of Korea, 87 Fed. Reg. 20,815 (Dep't Commerce Apr. 8, 2022) (final results 2019-2020 admin. rev.) ("Final Results"), P.R.317, as they apply to Hyundai Steel. The challenged determinations, findings, and conclusions were set out primarily in Commerce's unpublished Issues and Decision Memorandum (Dep't Commerce Apr. 1, 2022) ("IDM"), P.R.305.

Citations to public documents from Commerce's June 21, 2022, Administrative Record List, ECF No. 41, are designated as "P.R.__." Citations to confidential documents from Commerce's August 24, 2023, Remand Administrative Record List, ECF No. 79, are designated as "REM-C.R.__," and citations to public documents are designated as "REM-P.R.__."

evidence, and in accordance with law.[2] No party opposed Commerce's redetermination with respect to the CEP profit issue in response to the draft remand results that Commerce released for comment. See REM-P.R.1 (July 31, 2023).

As a result of reducing the CEP profit ratio from the original 16.3 percent (based on SeAH Steel's third-country sales data) to the more reasonable ratio calculated in the Final Remand Results, Hyundai Steel's weighted-average dumping margin fell in turn from 19.54 percent to 9.63 percent, i.e., a nearly 10 percentage point reduction. See Final Remand Results at 40; see also Commerce Analysis Memorandum for the Draft Results of Redetermination (July 28, 2023), at 1-2, REM-C.R.1, REM-P.R.2. The impact of this one change underscores the inaccuracies and distortions that Commerce's original determination created with respect to the CEP profit issue where Commerce used SeAH Steel's third-country sales data as the source.

Hyundai Steel respectfully requests that the Court find that Commerce's Final Remand Results are supported by substantial evidence and otherwise in accordance with law with respect to the CEP profit issue. However, for the reasons explained in Hyundai Steel's September 12, 2023, partial opposition comments and in Plaintiff's September 19, 2022, Rule 56.2 Memorandum and January 12, 2023, Reply Brief, inaccuracies and distortions nevertheless persist with respect to the CV profit and selling expense issue—which relied upon the exact same 16.3 percent ratio derived from SeAH Steel's third-country sales data—for which a second remand is warranted.

---

[2] Hyundai Steel separately submitted partial opposition comments with respect to a second remanded issue concerning Commerce's redetermination with respect to the calculation of constructed value ("CV") profit and selling expenses. See ECF No. 81 (Sept. 12, 2023).

**Plaintiff's Partial Support Comments**
**Consol. Court No. 22-00138**

                          Respectfully submitted,

                          /s/ Jarrod M. Goldfeder
                          Robert G. Gosselink
                          Jarrod M. Goldfeder

                          TRADE PACIFIC PLLC
                          700 Pennsylvania Avenue, SE
                          Suite 500
                          Washington, D.C. 20003
                          Tel.: (202) 223-3760

Dated: September 26, 2023        *Counsel to Hyundai Steel Company, Plaintiff*

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HYUNDAI STEEL COMPANY,<br><br>    Plaintiff,<br><br>AJU BESTEEL CO., LTD.,<br>NEXTEEL CO., LTD., and<br>HUSTEEL CO., LTD.,<br><br>    Consolidated Plaintiffs,<br><br>and<br><br>HUSTEEL CO., LTD.,<br>NEXTEEL CO., LTD., and<br>SEAH STEEL CORPORATION,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>VALLOUREC STAR, L.P.,<br>WELDED TUBE USA INC., and<br>UNITED STATES STEEL<br>CORPORATION,<br><br>    Defendant-Intervenors. | Before: Hon. Jennifer Choe-Groves, Judge<br><br>Consol. Court No. 22-00138 |

## CERTIFICATE OF COMPLIANCE WITH CHAMBERS PROCEDURE 2(B)(1)

The undersigned counsel at Trade Pacific PLLC hereby certifies that the accompanying Comments of Plaintiff, Hyundai Steel Company, in Partial Support of Commerce's Remand Redetermination, dated September 26, 2023, complies with the maximum 10,000 word-count limitation described in part 2(B)(1) of the Court's Chambers Procedures. These Comments

contain 634 words (or 6,623 words cumulatively with the word count from Hyundai Steel's

September 12, 2023, Partial Opposition Comments), according to the word-count function of the

word-processing software used to prepare the memorandum, excluding the table of contents,

table of authorities, and counsel's signature block.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Jarrod M. Goldfeder<br>Robert G. Gosselink<br>Jarrod M. Goldfeder<br>TRADE PACIFIC PLLC<br>700 Pennsylvania Avenue, SE<br>Suite 500<br>Washington, D.C. 20003<br>Tel.: (202) 223-3760 |
| Dated: September 26, 2023 | *Counsel to Hyundai Steel Company,*<br>*Plaintiff* |